## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PETTIBONE TAVERN, LLC,
GRIST MILL PARTNERS, LLC, 1&3 MILL POND
PARTNERS, LLC, GRIST MILL CAPITAL, LLC,
AVON CAPITAL, LLC, ARIA, LLC, CHARTER OAK
TRUST, AVON TRUST, USB CLIENT SERVICES,
INC., CAROLINE FINANCIAL GROUP, INC., REX
INSURANCE SERVICES, INC., BESTCO BENEFIT
PLANS, LLC, BOSTON PROPERTY EXCHANGE
TRANSFER COMPANY, INC., LINCOLN FINANCIAL
SERVICES CORPORATION; WAYNE BURSEY,
INDIVIDUALLY, AND SHAWNDRIKA GARDNER,
INDIVIDUALLY

V.

COMMISSIONER OF INTERNAL REVENUE

IN RE: Illegal Seizure of Property by Search
Warrant at 100 Grist Mill Road, Simsbury,
Connecticut

Case No. _____

April 29, 2010

## EMERGENCY MOTION FOR RETURN OF ILLEGALLY SEIZED PROPERTY AND REQUEST FOR IMMEDIATE HEARING

Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure and the

Fourth, Fifth and Fourteenth Amendments to the United States Constitution, Pettibone

Tavern, LLC, Grist Mill Partners, LLC, 1&3 Mill Pond Partners, LLC, Grist Mill Capital,

LLC, Avon Capital, LLC, ARIA, LLC, Charter Oak Trust, Avon Trust, USB Client

Services, Inc., Caroline Financial Group, Inc., Rex Insurance Services, Inc., BESTCO

Benefit Plans, LLC, Boston Property Exchange Transfer Company, Inc., Lincoln

Financial Services Corporation, Wayne Bursey Individually, and Shawndrika Gardner,

Individually (hereinafter, the "Petitioners"), hereby move for the immediate return of all

property illegally seized by the Internal Revenue Service ("IRS") in its illegal April 20,

**ORAL ARGUMENT REQUESTED**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2010 "commando-like" raid and illegal search of the Petitioners' offices located at 100 Grist Mill Road in Simsbury, Connecticut (the "Petitioners' premises").

The search (more like an armed assault), which involved between 35 and 50 IRS Criminal Investigation Division agents wearing black Kevlar bullet-proof vests and fully armed with automatic weapons, who herded the employees of the various companies then at the office located at 100 Grist Mill Road into a conference room and illegally searched and interrogated them, was completely over-the-top, unnecessary, and more akin to something that would happen in the movies or the TV show "24" rather than in the small town of Simsbury – especially when lawful disputes regarding the subject matter of the search are currently pending in this very Court.

The Court is respectfully directed to the related case of *Benistar Admin Services, Inc. v. Commissioner of Internal Revenue*, Case No. 3:10-MC-00060 (VLB), where the IRS illegally seized more than 400 boxes of documents and other property belonging to the Petitioners, even though the Petitioners are not listed in the Search Warrant. A simple search of the IRS's own records or any number of publicly-available sources would have made it clear that the Petitioners' premises are leased by Benistar Admin Services, Inc. and none of the other entities listed in the Search Warrant.

The building was purchased from the Ensign-Bickford Company in 2007 by an entity called Grist Mill Partners, LLC. (Alarmingly, Grist Mill Partners, LLC is also not listed in the Search Warrant, but its property was illegally seized from the building when it was raided on April 20, 2010). This is all a matter of public record and is important because the "Benistar" listed in the grand jury subpoena served with the Search Warrant (Benistar, Ltd.) has been out of business since January 2004 and, when it was

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

operating, did so from a location elsewhere in Simsbury, specifically 507 Hopmeadow Street. Many of the other entities listed in the Search Warrant have been defunct for years or are shell corporations with no assets, employees, or income.

The illegal search and seizure was purportedly conducted pursuant to a Search Warrant issued by U.S. Magistrate Judge Thomas P. Smith on April 16, 2010. A copy of the Search Warrant and accompanying grand jury subpoenas is annexed to this motion as Exhibit 1. The seized property is more particularly described in an Inventory, prepared by IRS agents, annexed to this motion as Exhibit 2 – thereby constituting an admission of the IRS.

As more fully explained in the Memorandum of Law submitted in support of this motion and in the annexed Declarations dated April 29, 2010 of Amanda Rossi (Exhibit 3), Joe Castagno (Exhibit 4), Shawndrika Gardner (Exhibit 5), Wayne Bursey (Exhibit 6), Kevin Slattery (Exhibit 7), Donna Wayne (Exhibit 8), Guy Neumann (Exhibit 9), and Molly Carpenter (Exhibit 10), the Petitioners are individuals and entities aggrieved by an unlawful search of the Petitioners' premises, by the illegal seizure of the Petitioners' property, and by the unwarranted deprivation of the Petitioners' property. The search and seizure of the various Petitioners' property was unlawful and outside the scope of the Warrant for the following reasons:

1.     The search warrant was issued without probable cause and, upon information and belief, was issued based upon application papers in which the IRS failed to disclose to the Magistrate Judge material facts relevant to the determination of probable cause;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2.     In the conduct of the search, the IRS agents exceeded the scope of activity authorized by the search warrant and seized property outside of the scope of the warrant;

3.     The IRS agents seized property of dubious evidentiary value to any legitimate criminal investigation, while the deprivation of the property has had an immediate and debilitative effect on the ability of the Petitioners to operate their businesses; and

4.     Such other reasons as further investigation and an evidentiary hearing may reveal.

The lead named Petitioner, the Pettibone Tavern, is a historic tavern located in the heart of Simsbury that has hosted famous Americans for over 200 years, including George Washington, Ethan Allen, Harriet Beecher Stowe and Mark Twain, to name just a few. The Pettibone Tavern is named for the son of Captain Pettibone, who gave his life on Christmas day in the famous campaign launched from Valley Forge during the American Revolution that led to the founding of this great Country and American Independence. We are sure that both Captain Pettibone and his son are turning in their graves thinking that Federal agents of the young country he died for would illegally seize the sales tax records for the Pettibone Tavern, along with the private documents of some sixteen other companies and individuals that have nothing whatsoever to do with "419 plans" in general or NOVA Benefit Plans, LLC or Benistar, Ltd. specifically, which were the named parties and the subject of the illegal search and the inappropriate seizure of private property.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP
Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

What makes this particular raid even more heinous is that NOVA Benefit Plans, LLC has listed consistently on its tax returns that it has no assets, no employees, and no taxable income. The other named party in the Search Warrant – Benistar, Ltd. – has been out of business since January of 2004 when it filed its final tax return. All of this information was known to the IRS before it sent an armada of 50 well-armed and bulletproof-vested agents of the IRS Criminal Investigation Division over the hill in the peaceful country town of Simsbury, Connecticut.

The building the Federal agents raided and ransacked is less than two miles from the federally funded purchase of Tulmeadow Farm, complete with cows and ice cream, and less than a mile from Simsbury High School. No one will ever know why the Government needed to send 50 armed agents to a peaceful corporate campus because it was done pursuant to a sealed warrant and a sealed affidavit. That will be the subject of other litigation at a later date. For now, the sixteen aggrieved parties named herein just want to get their personal and company property back – immediately – from this over-the-top commando raid that was probably the most egregious illegal search and seizure in the history of the United States.

5. As more explicitly described in the attached declarations and the Memorandum of Law, the IRS-CID agents illegally seized literally **tons of property** clearly outside the scope of the Warrant, including: Shawndrika Gardner's nursing school textbooks that she needs desperately for an exam coming up next week; Wayne Bursey's personal income tax returns – which is a violation of several Federal laws in its own right; the Charter Oak Trust's client files, including life insurance policies and HIPAA protected medical information – not only was the Charter Oak Trust not on the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Warrant, it does not even allow tax deductions for contributions made to the plan; and last but certainly not least, the wayward IRS-CID agents took each and every file from the Audit Risk Indemnity Association, LLC ("ARIA"), which currently has pending over 80 cases in the Federal Tax Court. The IRS agents took confidential attorney-client protected information that was clearly marked as such. By doing so, they have created at least 80 separate causes of action against the Commissioner specifically and the Federal Government in particular.

6.     But perhaps the biggest gaffe and the most costly to the Government down the road was seizing the files of Grist Mill Capital, LLC, which is an investment company that services the financing of insurance policies for several major hedge funds located in Connecticut. Despite the fact that Grist Mill Capital, LLC has nothing whatsoever to do with NOVA Benefit Plans, Benistar, Ltd., or 419 plans in general, and that its files were located in a different part of the building, the federal agents took every single file and every single policy and application belonging to Grist Mill Capital, and Grist Mill Capital's portfolio is currently over Two Billion Dollars. What makes matters worse is that Grist Mill Capital is key to engineering the deal to sell the portfolio of insurance policies to a major German pension plan next month, and yet every piece of paper involving the insurance portfolio and the policies was stolen from the building that is owned by Grist Mill Partners, LLC and that was bought from Ensign-Bickford Industries and that was leased to BASI. None of these parties are listed on the Search Warrant. All of this is matter of public record, and yet the IRS did not bother checking any of this before launching this attack on a peaceful business campus located in arguably the nicest town in Connecticut if not America.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

7.    There were more armed federal agents at the Petitioners' premises located in a peaceful corporate campus in Simsbury known as the Powder Forest than there were at Ruby Ridge or in *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). While the Petitioners and those employees who were subjected to this inhumane treatment reserve all of their legal options, right now the most important thing is for the Petitioners to regain possession of all of the property that the IRS illegally seized in its raid of the Petitioners' premises on Tuesday, April 20, 2010 – primarily so that the Petitioners can continue to operate their businesses.

8.    Now that we have discovered that the moving van taking all of the Charter Oak Trust policies, the Grist Mill Capital policies, Shawndrika Gardner's nursing books, and the Pettibone Sales Tax Records is halfway across the country in Milwaukee, Wisconsin, we implore this Honorable Court to sign an emergency order to have the moving van truck turn around forthwith and bring back all of the illegally seized property – because of the 408 boxes improperly seized, only three or four boxes at most are responsive to the original grand jury subpoena; and the return date of that subpoena is June 8, 2010.

9.    **All of the property** should be returned immediately, and then the appropriate people can copy and send the responsive files by June 8th – assuming there are responsive files once the information contained in the mysterious sealed warrant and affidavit is revealed; though it is hard for the parties to this motion to understand how anything about servicing welfare benefit plans under IRC Section 419 can possibly be criminal, since it is mentioned several times in the IRS's own pamphlet: IRS Publication 535 on Business Expenses.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

10.     Since the IRS-CID agents illegally seized property from a number of companies and individuals clearly outside the scope of the illegal Search Warrant, the Petitioners pray and implore the Court to issue an order for the immediate return of all of the illegally seized property.

WHEREFORE, the Petitioners, as parties to this Motion, respectfully request that the Court issue an appropriate Order directing the immediate return to the Petitioners of all of the property seized by the IRS on April 20, 2010 (including the return of all notes, notebooks, compilations and summaries derived therefrom), scheduling an emergency hearing on this motion, and granting any such other and further relief as the Court deems just and appropriate.

THE PETITIONERS

By _____

James V. Somers (ct14525)
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
somers@halloran-sage.com

Dan E. LaBelle  (ct01984)
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT  06880
(203) 227-2855
labelle@halloran-sage.com

Gerald T. Giaimo (ct14885)
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
giaimo@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

William J. McGrath (ct04314)
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
mcgrath@halloran-sage.com

Tracy L. Montalbano (ct26272)
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
montalbano@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on counsel for the government as shown below by e-mail and first-class mail, postage prepaid:

Gordon P. Giampietro
Assistant United States Attorney
Office of the United States Attorney
517 E. Wisconsin Avenue, Rm. 530
Milwaukee, WI 53202
(414) 297-1083
gordon.giampietro@usdoj.gov

_____
James V. Somers

1743254v.1

10

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105