# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

PETTIBONE TAVERN, LLC, ET AL   :
             :  No.
V.                :
             :
COMMISSIONER OF INTERAL REVENUE :  April 29, 2010
             :
IN RE: Illegal Seizure of Property by Search :
Warrant at 100 Grist Mill Road, Simsbury,  :
Connecticut           :

### DECLARATION OF AMANDA ROSSI

   I, AMANDA ROSSI, pursuant to 28 U.S.C. § 1746(2), hereby declare as follows:

   1.  I am over the age of eighteen and understand the obligations of an oath.

   2.  I make this declaration from my personal knowledge and in support of Petitioners' Emergency Motion for Return of Illegally Seized Property.

   3.  At 9:00 a.m. Tuesday, April 20, 2010, between 35 and 50 IRS agents armed with weapons and wearing Kevlar vests descended upon the offices of my employer, Benistar Admin Services, Inc. ("BASI"), located at 100 Grist Mill Road in Simsbury, Connecticut.  They forced their way inside the offices and announced that they were "federal agents" executing a search warrant.

   4.  I am the Secretary for Caroline Financial Group, Inc. Caroline Financial Group is the Managing Member of the Pettibone Tavern, LLC. The Pettibone Tavern was closed in January of 2008.

1

5.      Caroline Financial Group, Inc. is also the Managing Member of Grist Mill Capital, LLC.  Grist Mill Capital, LLC is a business unrelated to the entities on the Search Warrant.

6.      My duties as Secretary for Caroline Financial Group are to assist with final filings, tax returns and any correspondence related to closing the books.

7.      On April 20, 2010, property of the Pettibone Tavern was seized during the IRS's raid of 100 Grist Mill Road.  Specifically, the IRS seized a sales tax return for the Pettibone Tavern. This sales tax return is identified in the Inventory as Control # B127 and is contained within Box #298.

8.      On April 20, 2010, property of Grist Mill Capital, LLC was also seized during the IRS's raid of 100 Grist Mill Road.  The property taken from Grist Mill Capital, LLC, is identified in the Inventory as "Grist Mill Capital Client Files" and Control # A90, Box #238; Control # A116, Box #300; Control # B51, Box 145; Control # C98, Box #243; and Control # C99, Box 247.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 29, 2010

_____
Amanda Rossi

Amanda Rossi, being known to me or having produced satisfactory identification, affirmed that she had reviewed the contents of the foregoing affidavit and affirmed that the statements made within the affidavit are true.

Subscribed and sworn to before me this 29th day of April, 2010.

_____
Notary Public
My Commission expires: 3/31/12

JASON J. CONCATELLI
Notary Public, State of Connecticut
My Commission Expires March 31, 2012

1743534v.1                                                    2