# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

PETTIBONE TAVERN, LLC, *et al.*,      :
                                :

        Petitioners,               :

                                       :

vs.                                     :      Case No. _____

                                     :

COMMISSIONER OF INTERNAL REVENUE,    :

                                     :

        Respondent.              :

_____:      APRIL 29, 2010

**DECLARATION OF JOE CASTAGNO**

I, JOE CASTAGNO, pursuant to 28 U.S.C. § 1746(2), hereby declare as follows:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I make this declaration from my personal knowledge and in support of Petitioners' Emergency Motion for Return of Illegally Seized Property.

3.      At 9:00 a.m. Tuesday, April 20, 2010, between 35 and 50 IRS CID (Criminal Investigation Division) agents armed with weapons and wearing Kevlar vests descended upon the offices of my employer, Benistar Admin Services, Inc. ("BASI"), located at 100 Grist Mill Road in Simsbury, Connecticut. They forced their way inside the offices and announced that they were "federal agents" executing a search warrant.

4.      The IRS' improper search and illegal seizure of documents and information that are not, and could not, be in any way related to this "criminal investigation" has completely disrupted and effectively destroyed the day-to-day operating capability of ARIA, LLC (Audit Risk Indemnity Association) – an entity for which I also work. ARIA not only assists clients, CPAs, attorneys and agents through the audit process by providing information and documents

1

related to the client's audit to the attorneys currently working on the case. We currently have over 50 clients that we are defending in Tax Court and upwards of 80 open audits where the IRS has improperly seized all of our working files that contain highly confidential and privileged information. We are unable to provide any customer service relating to any specific questions or concerns any current or future clients may have with respect to their tax audits because of these missing files. Many of these cases are time sensitive with filings due next week and next month, and without this crucial information, the IRS-CID agents have effectively halted our ability to defend taxpayers that are both related **and unrelated** to Benistar or NOVA in the civil cases currently pending before the courts.

     5.     The IRS agents took files from my office and/or desk that specifically relate to ARIA. These files include:

     (a)     Client files of current cases under audit that are either awaiting, or are presently in Tax Court. All files of which are essential in the defense of these clients and necessary for any Petition or Tax Court Brief that may need to be filed – specifically the Tax Court Reply Brief currently due June 7th. (Boxes #23, 171, 209, 218, 252, 276, 298, 309, 311, 312, 316, 318, 319, 320, 321)

     (b)     Privileged Attorney-Client information, including emails, depositions, testimonies, letters, and other various "Legal Documents". (Boxes #23, 126, 171, 251, 278, 298, 310, 313, 316, 317, 319, 320, 321, 322)

     (c)     A very broad statement of "Various Clients - IRS Civil Actions" which could be any number of documents relating to current clients under audit and representation. (Boxes #242, 248, 298, 310, 320, 321, 322)

(d)     Correspondence that may have not been answered yet including Summonses, Information Document Requests and other document requests pertaining to the cases before Tax Court, and cases that have not yet been brought before the Tax Court or Court of Appeals. (Box #246, 310, 311, 317, 316, 319, 322)

(e)     Invoices and correspondence from Wormser, Kiely, Galef & Jacobs, LLP regarding the Tax Court cases, which is Attorney-Client privileged material. (Box #321)

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 29, 2010

Joe Castagno

Joe Castagno, being known to me or having produced satisfactory identification, affirmed that he had reviewed the contents of the foregoing and affirmed that the statements made within the affidavit are true.

Subscribed and sworn to before me this 29th day of April, 2010.

Notary Public
My Commission expires: 3/31/12

JASON J. CONCATELLI
Notary Public, State of Connecticut
My Commission Expires March 31, 2012