UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETTIBONE TAVERN, LLC, GRIST       :
MILL PARTNERS, LLC, 1&3 MILL       :
POND PARTNERS, LLC, GRIST MILL:
CAPITAL, LLC, AVON CAPITAL,        :
LLC, ARIA, LLC, CHARTER OAK        :
TRUST, LLC, AVON TRUST, USB        :
CLIENT SERVICES, INC.,             :
CAROLINE FINANCIAL GROUP,          :
INC., REX INSURANCE SERVICES,      :
INC., BESTCO BENEFIT PLANS,        :
LLC, BOSTON PROPERTY EXCHANGE      :   Case No. 3:10MC64(AVC)
TRANSFER COMPANY, INC.,            :
LINCOLN FINANCIAL SERVICES         :
CORPORATION, WAYNE BURSEY, and:
SHAWNDRIKA GARDNER,                :
    Petitioners,                   :
                                   :
v.                                 :
                                   :
COMMISSIONER OF INTERNAL           :
REVENUE,                           :
    Defendant.                     :

## ORDER TO SHOW CAUSE

　　The petitioners' motion for the return of property having been presented to the court, it is hereby ORDERED that the defendant, Commissioner of Internal Revenue, shall appear before the United States District Court in Courtroom #1, Annex, 450 Main Street, Hartford, Connecticut, on the 3rd day of June, 2010, at 1:00 pm, then and there to show cause why the relief requested therein should not issue against them.

　　Dated at Hartford, Connecticut this 11th day of May, 2010.

　　　　　　　　　　　　　　　　　　　　　/s/ Alfred V. Covello
　　　　　　　　　　　　　　　　　　　　　Alfred V. Covello, U.S.D.J.