UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re SEARCH WARRANT ISSUED ON APRIL 16, 2010. | Case No. |

**EMERGENCY MOTION TO UNSEAL THE AFFIDAVIT OF SPECIAL AGENT SHAUN SCHRADER AND FOR EXPEDITED HEARING**

Petitioners NOVA Benefit Plans, LLC ("NOVA"), Benistar 419 Plan & Trust, US Benefits Group, Inc., and the Grist Mill Trust (collectively, the "Petitioners"), by their undersigned counsel, hereby move to unseal the affidavit (the "Affidavit") of Special Agent Shaun Schrader ("Agent Schrader") in support of a search warrant for the offices of Petitioners located at 100 Grist Mill Road, Simsbury, Connecticut, issued on April 16, 2010 (the "Warrant"). In support hereof, Petitioners respectfully represent the following:

1. On April 20, 2010, approximately 70 agents from the IRS Criminal Investigation Division stormed a peaceful office building in tranquil Simsbury, Connecticut, apparently under the authority of a warrant signed by Magistrate Judge Smith. After over thirteen hours on the premises, the IRS agents had seized several hundred boxes of documents and other property, belonging to Petitioners as well as other entities not named in the Warrant.

2. To date, the Government has provided Petitioners with no explanation of

the supposed probable cause supporting the raid. Without any information as to why the raid was conducted, Petitioners have no means to prepare a defense against the investigation being conducted by the IRS.

3. As the subjects of the Warrant, Petitioners have a right of access to the materials supporting the Warrant, including the Affidavit. This right of access is grounded in the Fourth Amendment of the Constitution of the United States, as well as federal common law. Petitioners must have an opportunity to review the Affidavit to determine the Government's alleged grounds for probable cause to support the Warrant.

4. To defeat Petitioners' right of access to the Affidavit, the Government must show that a compelling interest requires the materials to be kept under seal. Here, the Government cannot possibly demonstrate any interest that outweighs Petitioners' Constitutional right to inspect the Warrant – given the extremely public and dramatic fashion in which the IRS agents overtook Petitioners' shared office space – the Government cannot reasonably claim they have an interest in maintaining the confidentiality of the investigation.

5. In the unlikely event that the Court finds that the Government has demonstrated a compelling interest, the Government cannot show that less restrictive means, such as redaction of the Affidavit, are not available to prevent disclosure and allow for the unsealing of the affidavit and any other documents supporting the Warrant.

6.        Petitioners request that this motion be heard on an expedited basis. It has now been four weeks since the Government's armed assault upon Petitioners' offices. Petitioners have not been provided with any information explaining why their rights have been infringed other than a vague reference to the administration of Internal Revenue Code § 419 Welfare Benefit Plans, which are entirely lawful. It is unconscionable that the Government can shroud its investigation in secrecy, leaving the Petitioners unable to organize a defense against unknown charges.

Dated: May 18, 2010

PETITIONERS NOVA, BENISTAR 419
PLAN & TRUST, US BENEFITS GROUP,
INC., and GRIST MILL TRUST

By: _____
Joseph M. Pastore III (ct11431)
FOX ROTHSCHILD LLP
One Landmark Square, 21st Floor
Stamford, CT 06901
Telephone: (203) 425-9500
Facsimile: (203) 425-9595