# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

In Re Search Warrant Issued on April 16, 2010

Case No. 3:10-mc-00064-AVC

June 3, 2010

## BENISTAR 419 PLAN'S EMERGENCY MOTION FOR RETURN OF ILLEGALLY SEIZED PROPERTY AND REQUEST FOR IMMEDIATE HEARING

Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure and the Fourth Amendments to the United States Constitution and for the reasons stated in its accompanying memorandum of law, Petitioner Benistar 419 Plan & Trust ("Petitioner"), hereby moves for the immediate return of all property illegally seized by the Internal Revenue Service during April 20, 2010 raid of Petitioner's offices located at 100 Grist Mill Road in Simsbury, Connecticut for the additional reason that the Government has taken files that Petitioner needs to file a motion in the United States Tax Court by June 28, 2010.

Dated: Stamford, Connecticut
      June 3, 2010

Respectfully submitted,
Fox Rothschild LLP

By: /s/ Joseph M. Pastore III
    Joseph M. Pastore III (ct11431)
    One Landmark Square
    21st Floor
    Stamford, CT 06901
    (203) 425-9500 – tel
    (203) 425-9595 – fax
    jpastore@foxrothschild.com

Counsel for Petitioner

**ORAL ARGUMENT IS REQUESTED**