UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IN RE: SEALED SEARCH WARRANT        CASE NO. 10MC00064 (AVC)
ISSUED ON APRIL 16, 2010            ~~CASE NO. 10MC00060 (VLB)~~

### NOTICE OF RELATED CASES & MOTION TO CONSOLIDATE

The United States of America, by Michael J. Gustafson, Assistant United States Attorney,

provides notice of two pending and related matters that, in the interests of judicial economy, should

be consolidated and assigned to the Honorable Thomas P. Smith, United States Magistrate Judge.

In support of this motion, the United States represents the following good cause:

1.  On April 16, 2010, United States Magistrate Judge Smith issued a search warrant for 100

    Grist Mill Road, Simsbury, Connecticut.

2.  To protect the integrity of the ongoing investigation, Magistrate Judge Smith further ordered

    that the affidavit in support of the search warrant application be sealed until further court

    order.

3.  On April 20, 2010, federal law enforcement authorities executed the search warrant and

    seized various documents and items pursuant to the warrant.

4.  On April 22, 2010, Benistar Admin Services, Inc. ("BASI"), filed an Emergency Motion For

    Return of Illegally Seized Property and Request for Immediate Hearing pursuant to

    Fed.Crim.R.Proc. 41(g).  That motion was assigned to the Honorable Vanessa L. Bryant and

    docketed in matter 3:10MC00060(VLB).  Judge Bryant referred the matter to Magistrate

    Smith on April 26, 2010.  As part of the Emergency Motion, BASI has represented that it is

    the owner and custodian of the property that was seized on April 20, 2010 pursuant to the

    search warrant issued by Magistrate Smith.

2

5.  On April 29, 2010, Pettibone Tavern, LLC and a number of other third parties, all of whom are represented by the same law firm that filed the motion currently pending before Magistrate Smith, filed an identically captioned Rule 41(g) Emergency Motion For Return of Illegally Seized Property and Request for Immediate Hearing. This motion was randomly assigned to The Honorable Alfred V. Covello and docketed as 3:10MC00064(AVC).

6.  On May 11, 2010, Judge Covello issued an Order to Show Cause relative to the Emergency Motion filed in 3:10MC00064(AVC) and scheduled a hearing for June 3, 2010.

7.  On May 25, 2010, Assistant United States Attorney Gordon P. Giampietro[1] submitted a letter to Judge Covello requesting that he stay the proceedings in 3:10MC00064(AVC) in deference to the case pending before Magistrate Smith.[2]

8.  Judge Covello conducted a hearing on June 3, 2010, and: (1) obtained the parties' agreement to expedite the filter team process to review the seized items and return items outside the scope of the warrant and (2) suggested that the two matters should be consolidated.

9.  Following the hearing, the parties met to further discuss how best to expedite the filter team review.

10. The United States also agrees that the two pending Rule 41(g) motions should be consolidated. In this regard, the United States respectfully submits that the two cases be considered by Magistrate Judge Smith because he is the neutral magistrate that: (1) made the initial probable cause determination, and accordingly has the greatest familiarity with the

---

[1] Judge Covello orally granted the Motion to Admit Visiting Attorney pursuant to Local Rule 83.1(d).

[2] Because the letter was not filed with the clerk's office, it is not clear that the Court was aware of the government's request at the time of the hearing on June 3, 2010.

3

document under seal; (2) ordered that the affidavit be sealed in light of an ongoing

investigation; and (3) has the first of the two filings currently assigned to him.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct01503
450 Main Street, Rm. 328
Hartford, CT  06103
(860) 947-1101

## CERTIFICATE OF SERVICE

This is to certify that on June 3, 2010, a copy of the foregoing Notice of Related Cases &
Motion to Consolidate was served by mail and facsimile on:

Dan E. LaBelle
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

William McGrath
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

Michael J. Gustafson
Assistant United States Attorney