UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETTIBONE TAVERN LLC | ) | |
| | ) | Case No.: 3:10-mc-00064(AVC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| | ) | |
| RESPONDENT. | ) | SEPTEMBER 12, 2010 |

**EMERGENCY MOTION FOR AN ORDER TO SHOW CAUSE**
**WHY ENFORCEMENT OF SUMMONS SHOULD NOT BE STAYED**

Pursuant to Fed. R. Civ. P. 7 and L. Civ. R. 7, Petitioner Nova Benefit Plans, LLC ("Nova") hereby moves on an emergency basis for an order to show cause why enforcement of a third-party summons (the "Summons") issued by the Internal Revenue Service (the "IRS" or the "Government") should not be stayed. With the Summons, the IRS is effectively continuing a civil investigation while a criminal investigation is pending. Further, the Summons seeks to circumvent the stay of proceedings in this case [Dkt # 28] and this Court's authority by seeking from a third party the very documents the Government obtained in the illegal search and seizure at issue before this Court.

Nova makes this motion on an emergency basis because the date for compliance with the Summons is September 15, 2010, or less than one week from today. Nova respectfully requests, therefore, a hearing date before September 15, 2010.

**ORAL ARGUMENT REQUESTED**

In support hereof, Nova submits a Memorandum in Support and the Declaration of Wayne Bursey

>
> RESPECTFULLY SUBMITTED,
>
> By: /s/ Joseph M. Pastore III
> Joseph M. Pastore III (ct11431)
> FOX ROTHSCHILD LLP
> One Landmark Square, 21st Floor
> Stamford, CT 06901
> (203) 425-9500 (telephone)
> (203) 425-9595  (facsimile)
> jpastore@foxrothschild.com
>
> *Attorneys for Movant Nova Benefit Plans, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2010, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph M. Pastore III
Joseph M. Pastore III

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETTIBONE TAVERN LLC | ) | |
| | ) | Case No.: 3:10-mc-00064(AVC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| | ) | |
| RESPONDENT. | ) | SEPTEMBER ___, 2010 |

**[PROPOSED] ORDER TO SHOW CAUSE**

Upon motion of Nova Benefit Plans, LLC for an order staying enforcement of the third-party summons ("Summons") issued by the Internal Revenue Service ("IRS" or "Government"), dated September 10, 2010, it is hereby:

ORDERED that Respondent COMMISSIONER OF INTERNAL REVENVUE ("Commissioner") or his counsel shall appear to show cause before this Court, located at 450 Main Street, Hartford, Connecticut 06103, on _____, 2010, at _____ a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not enter immediately to:

(1) stay all proceedings with respect to the Summons, including the enforcement of the Summons, until after the criminal investigation of Nova is complete;

(2) prevent the Government from reviewing or making use of documents obtained in the course of its April 20, 2010 search and seizure of the property at 100 Grist Mill Road, Simsbury, Connecticut; and

(3) explain how the Government identified Joseph M. Reddy, M.D., Inc. as a target for investigation.

ORDERED, that service of a copy of this Order to Show Cause shall be made on Commissioner's counsel on or before 5:00 p.m. on _____, 2010, and shall be deemed good and sufficient service hereof; and

ORDERED, that opposing papers, if any, shall be served by email and overnight delivery upon movant's counsel Joseph M. Pastore III, Esq. of Fox Rothschild LLP, One Landmark Square, 21st Floor, Stamford, CT 06901 on or before 5:00 p.m. on _____, 2010.

SO ORDERED at Hartford, Connecticut this _____ day of September, 2010.

_____
Alfred V. Covello, Senior United States District Judge

2
ST1 14944v1 09/12/10