UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PETTIBONE TAVERN LLC )
)
        Petitioner, )
)
v. )
)
COMMISSIONER OF INTERNAL REVENUE, )
)
        RESPONDENT. )     SEPTEMBER 10, 2010

## DECLARATION OF WAYNE BURSEY

I, Wayne Bursey, hereby declare as follows under penalty of perjury:

1.    I am the President of Nova Benefit Plans, LLC ("Nova").

2.    Attached as Exhibit A is a copy of the summons directed to Washington National Insurance Company concerning taxpayer Joseph Reddy, M.D., Inc., notice of which Nova received from the Internal Revenue Service.

I swear under penalty of perjury that the foregoing is true and correct.


Dated: September 10, 2010

                              _____
                                Wayne Bursey