UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: SEARCH OF 100 GRIST MILL ROAD
SIMSBURY, CONNECTICUT

CASE NOS. 10MC00060 and 10MC00064 - AVC

**MOTION TO STAY RULE 41(G) PROCEEDINGS**

INTRODUCTION

The United States of America, by and through its attorneys, James L. Santelle, United States Attorney for the Eastern District of Wisconsin, and Gordon P. Giampietro, Assistant United States Attorney, respectfully moves to stay proceedings in these consolidated cases. The grounds for the Motion are set forth in the accompanying Memorandum in Support.

Respectfully submitted this 17th day of November 2010.

**JAMES L. SANTELLE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF WISCONSIN**

By: *s/Gordon P. Giampietro*
Assistant United States Attorney
D.C. Bar Number: 446600
Office of the United States Attorney
Eastern District of Wisconsin

**ORAL ARGUMENT NOT REQUESTED**

517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1083
Fax: (414) 297-1738
E-Mail: gordon.giampietro@usdoj.gov

DAVID B. FEIN
UNITED STATES ATTORNEY
DISTRICT OF CONNECTICUT

MICHAEL J. GUSTAFSON
CRIMINAL DIVISION CHIEF
Federal Bar No. Ct01503
Connecticut Financial Center
157 Church Street
Floor 23
New Haven, CT 06510
(203) 821-3700