UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETTIBONE TAVERN LLC ET AL. | : | |
| | : | |
| | : | Case No.: 3:10-mc-00064-AVC |
| Petitioners, | : | 3:10-mc-00060 |
| | : | |
| v. | : | |
| | : | |
| INTERNAL REVENUE SERVICE, | : | |
| | : | |
| | : | |
| Respondent. | : | |

**STIPULATION AND ORDER**

Petitioners Pettibone Tavern, LLC, Grist Mill Partners, LLC, 1&3 Mill Pond Partners, LLC, Grist Mill Capital, LLC, Avon Capital, LLC, ARIA, LLC, Charter Oak Trust, Avon Trust, USB Client Services, Inc., Caroline Financial Group, Inc., BESTCO Benefit Plans, LLC, Boston Property Exchange Transfer Company, Inc., Benistar Admin Services, Inc. ("BASI"), Benistar 419 Plan & Trust, and Wayne Bursey, Individually (collectively, the "Petitioners") and counsel for United States of America ("United States") hereby stipulate and agree to the following.

    1.    On April 22, 2010, Petitioner BASI filed an Emergency Motion for Return of Illegally Seized Property and Request for Immediate Hearing pursuant to Fed.Crim.R.Pro. 41(g).

    2.    On April 29, 2010, Petitioners Pettibone Tavern, LLC, Grist Mill Partners, LLC, 1&3 Mill Pond Partners, LLC, ARIA, LLC, Avon Capital, LLC, Charter Oak Trust, Avon Trust, USB Client Services, Inc., Caroline Financial Group, Inc., Rex Insurance Services, Inc., BESTCO Benefit Plans, LLC, Boston Property Exchange Transfer Company, Inc., Wayne

Bursey, and Shawndrika Gardne filed their motion pursuant to Rule 41(g) for the immediate return of property.

     3.     On June 3, 2010, Petitioner Benistar 419 Plan & Trust filed its motion for return of property pursuant to Rule 41(g).

     4.     On July 28, 2010, the parties filed a joint motion to stay the proceedings for 30 days.  The Court granted the motion on August 13, 2010.  The stay expired on September 13, 2010.

     5.     The United States filed its Motion to Stay Consolidated Rule 41(g) Proceedings on November 17, 2010.

     6.     The parties engaged in negotiations and agreed to extend, through a series of motions to extend, the due date of Petitioners' Response to the United State's Motion to Stay Consolidated 41(g) Proceedings from December 8, 2010 to January 11, 2011.

     7.     Petitioners and the United States have agreed to the following terms:

          A.     The United States agrees to return the original documents belonging to the Petitioners after it has had a reasonable opportunity to copy them.

          B.     Petitioners agree to stay their pending Rule 41(g) Motions until such time as their original documents are returned.

    C. The United States agrees to withdraw its Motion to Stay Consolidated Rule 41(g) Proceedings without prejudice to renew if Petitioners do not withdraw their respective Rule 41(g) motions after their documents are returned.

| PETITIONERS | RESPONDENT |
|---|---|
| Pettibone Tavern LLC, et al. | The United States of America |

By__s/_____  
 Joseph M. Pastore III (ct11431)  
 Fox Rothschild LLP  
 One Landmark Square  
 Stamfore, CT  06901  
 (203) 425-9500  
 jpastore@foxrothschild.com

By_ s/_____  
 Gordon P. Giampietro  
 Assistant U.S. Attorney  
 Office of the U.S. Attorney  
 Eastern District of Wisconsin  
 517 East Wisconsin  
 Milwaukee, WI  53202  
 (414) 297-1083  
 Gordon.giampietro@usdoj.gov

**SO ORDERED:**

_____  
Hon. Alfred V. Covello, U.S.D.J.

ST1 23724v2 01/11/11