UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PETTIBONE TAVERN LLC et al** ) | |
| ) | Case No.: **3:10-mc-00064-AVC** |
| Petitioners, ) | **3:10-mc-00060** |
| ) | |
| v. ) | |
| ) | |
| **COMMISSIONER OF INTERNAL** ) | |
| **REVENUE** ) | |
| Respondent. ) | January 31, 2011 |

## NOTICE OF MANUAL FILING

Please take notice that Petitioners **PETTIBONE TAVERN LLC et al** have manually filed the Emergency Motion to Seal Affidavit of IRS-CID Special Agent Shaun Schrader and Memorandum of Law In Support Emergency Motion to Seal.

This document has not been filed electronically because the document is filed under seal pursuant to Local Rule of Criminal Procedure 57(b).

Respectfully submitted,

Joseph M. Pastore III (ct11431)
FOX ROTHSCHILD LLP
One Landmark Square, 21st Floor
Stamford, CT 06901
(203) 425-9500 (telephone)
(203) 425-9595 (facsimile)
jpastore@foxrothschild.com

ST1 24455v1 01/28/11

# CERTIFICATION OF SERVICE

I hereby certify that on January 31, 2011, pursuant to L. Cr. R. 1(c) and L. Civ. R. 5(c) and 5(d), I caused copies of the foregoing document to be served via U.S. mail on all counsel of record as follows:

**Dan E. LaBelle**
Halloran & Sage
315 Post Rod. West
Westport, CT 06880

**Gerald T. Giaimo**
Halloran & Sage- Hartford
One Goodwin Sq.
Hartford, CT 06103

**Richard S. Order**
Updike, Kelly & Spaellacy, P.C.
100 Pearl Street, 17th Floor
Hartford, CT 06123

**Gordon P. Giampietro**
Office of the United States Attorney
530 Federal Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Joseph M. Pastore III