## Giampietro, Gordon (USAWIE)

**From:** Egan, Patrick J. [PEgan@foxrothschild.com]
**Sent:** Friday, November 19, 2010 2:14 PM
**To:** Giampietro, Gordon (USAWIE)
**Subject:** RE: Motion to Stay - ECF filed today

Thanks for the quick answer. Let me know if anything changes.

---

**From:** Giampietro, Gordon (USAWIE) [mailto:Gordon.Giampietro@usdoj.gov]
**Sent:** Friday, November 19, 2010 3:10 PM
**To:** Egan, Patrick J.
**Subject:** RE: Motion to Stay - ECF filed today

Dear Patrick,

No, nothing yet. I sent an email to the criminal chief in Connecticut to understand local practice. In Wisconsin, once the return takes place, the clerk's office automatically puts everything on PACER. I would assume the same is true in Connecticut. I suspect this did not happen in our case by mistake. The sealing order was entered by Magistrate Smith and, in his absence, the unsealing order was signed by Magistrate Martinez. That may be why the search warrant materials didn't hit the clerk's office. But I'm not sure.

As you know, DOJ (and the courts) take a very consistent position that litigation must happen in public. So, at this time, I will object.

Thanks,

Gordon

**From:** Egan, Patrick J. [mailto:PEgan@foxrothschild.com]
**Sent:** Friday, November 19, 2010 1:48 PM
**To:** Giampietro, Gordon (USAWIE)
**Subject:** RE: Motion to Stay - ECF filed today

Gordon,

Any news on sealing request? Client wants to file motion and we would like to represent that you do not object if possible.

Patrick



EXHIBIT A