UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: SEARCH OF 100 GRIST MILL ROAD
SIMSBURY, CONNECTICUT

CASE NOS. 10MC00060 and 10MC00064

**RESPONSE OF THE UNITED STATES TO
EMERGENCY MOTION TO SEAL THE AFFIDAVIT
OF IRS-CID SPECIAL AGENT SHAUN SCHRADER AND
MOTION FOR RECONSIDERATION OF THIS COURT'S
FEBRUARY 3, 2011 DOCKET ORDER**

INTRODUCTION

3:10MC64(AVC). 7/20/11. Document no. 48. The government's motion for reconsideration is granted, but the relief requested is denied. Based upon the parties joint stipulated stay of the proceedings in this case, the court denied the government's prior motion to stay without prejudice. In light of the early stage of the underlying case and the fact that the government's motion to stay was rendered moot, the attached affidavit at issue is not relevant to the court's determination of any issues at this time. Further, the court concludes that the affidavit contains information that could potentially affect the petitioners' rights and their privacy interests as well as the privacy interests of third parties. Should the information in the affidavit become relevant to the determination of any issue, the government may, at that time, re-file its motion to unseal the document and the court will then take up the issue.

So ordered.

/s/ Alfred V. Covello, USDJ
Alfred V. Covello, U.S.D.J.